DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 MAY 2017

| | | | |
|---|---|---|---|
| 382P10-6 | State v. John Lewis Wray, Jr. | Def's *Pro Se* Motion for Review | Dismissed<br>**Beasley, J., recused** |
| 382P16 | Desiree King, by and through Her Guardian ad Litem, G. Elvin Small, III; and Amber M. Clark, Individually v. Albemarle Hospital Authority d/b/a Albemarle Health/ Albemarle Hospital; Sentara Albemarle Regional Medical Center, LLC d/b/a Sentara Albemarle Medical Center; Northeastern Ob/ Gyn, Ltd.; Barbara Ann Carter, M.D.; and Angela McWalter, CNM | 1. Defs' (Albemarle Hospital Authority d/b/a Albemarle Health/Albemarle Hospital and Sentara Albemarle Regional Medical Center, LLC, d/b/a Sentara Albemarle Medical) PDR Under N.C.G.S. § 7A-31 (COA15-1190)<br><br>2. Defs' (Northeastern Ob/Gyn, Ltd., Barbara Ann Carter, M.D., and Angela McWalter, CNM) PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br><br><br><br><br><br>2. Allowed |
| 386P16 | State v. Quentin Lee Dick | 1. State's Motion for Temporary Stay (COA15-1400)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **10/14/2016**<br><br>2. Allowed<br><br>3. Allowed |
| 395P14 | Lois A. Sauls v. Roland Gary Sauls | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-41)<br><br>2. Plt's Motion for Sanctions<br><br>3. Def's Motion for Issuance of Stay<br><br>4. Def's Motion to Withdraw PDR<br><br>5. Plt's Motion for Leave to Withdraw Response to PDR and Motion for Sanctions | 1. —<br><br>2. —<br><br>3. Dismissed as moot<br><br>4. Allowed<br><br>5. Allowed |
| 407P03-3 | State v. Phillip Vance Smith, II | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
| 410P16 | State v. Joshua Sanchez | 1. State's Motion for Temporary Stay (COA15-1401)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **11/07/2016**<br><br>2. Allowed<br><br>3. Allowed |